# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ISRAEL BRACAMONTES,
Defendant.

Case No. 2:21-CR-0337-SB

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒ the appearance of defendant as required; and/or

☒ the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on: instant allegations.

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on: instant allegations; criminal history.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 09/08/2026

/s/

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE